IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 7:21-cr-01026-3 |
| Juan Antonio Carrillo-Rodriguez | * | |

NOTICE OF APPEAL

On this the 29th day of August 2022, notice is hereby given that, Juan Antonio Carrillo-Rodriguez, defendant above named, hereby appeals, to the United States Court of Appeals for the Fifth Circuit, from the sentence imposed on August 19, 2022.

Respectfully submitted,

**PEREZ LAW FIRM, PLLC**
208 Lindberg
McAllen, Texas 78501
Telephone: (956) 782-2700
Facsimile: (956) 782-2703
E-mail: erick@perezlegal.com

By:/§/Erick G. Holguin
**Erick G. Holguin**
Federal Bar ID #2791316

CERTIFICATE OF SERVICE

I, Erick G. Holguin, certify that on August 29, 2022, a copy of the foregoing Notice of Appeal was served by Notification of Electronic Filing upon Assistant United States Attorney, Anibal Alaniz, 1701 W. Business Hwy. 83, Suite 600, McAllen, Texas.

By: /s/Erick G. Holguin
Erick G. Holguin